the custody of the Sheriff of the City of New York. Present — Hagarty, Acting P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

## (November 13, 1944.)

HELEN H. BURDEN, Appellant, v. ELMER M. BURDEN, Respondent.— The motion of respondent to dismiss the appeal for the reason that the order appealed from has been vacated is granted, and the appeal is dismissed, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TAFURI, Relator, v. ROBERT M. POWERS, as Warden of the New York County Jail, et al., Respondents.— Return on writ of habeas corpus. Writ dismissed and relator remanded to the custody of the Sheriff of the City of New York. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

HELEN H. BURDEN, Appellant, v. ELMER M. BURDEN, Respondent. (Appeal No. 1.) — In view of the decision in *Burden* v. *Burden* (*ante*, p. 912, decided herewith) the appeal is dismissed. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

HELEN H. BURDEN, Appellant, v. ELMER M. BURDEN, Respondent. (Appeal No. 2.) — Appeal by plaintiff from an order vacating an order adjudging her to be in contempt of court. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

ANTONIO D'AGOSTINO, Respondent, v. ALBERT WAGENAAR, Appellant.— Action to recover damages for personal injuries suffered as a consequence of the defendant's operation of his automobile. The plaintiff was a gardener, employed by the Metropolis Country Club. The defendant was an employee of the same master. At the time of the accident he was driving his own automobile along a private roadway of the club when it mounted a curb and ran down the plaintiff. While defendant was so operating his car he was off duty and was on his way to visit a sister. The defense was that the action was barred by reason of subdivision 6 of section 29 of the Workmen's Compensation Law. Judgment in favor of plaintiff, and order denying a motion to set aside the verdict and to dismiss the complaint, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [183 Misc. 184.] [See *post*, p. 986.]

BENJAMIN FINKEL, as Administrator of the Estate of MOE FINKEL, Deceased, Appellant, v. NATHAN KUSHNER et al., Defendants, and BEEKMAN STREET HOSPITAL, Defendant-Respondent.— Order denying plaintiff's motion to set aside a lien filed by the respondent, Beekman Street Hospital, pursuant to the provisions of section 189 of the Lien Law, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur. [183 Misc. 64.]

S. FRANK FOLSOM, Respondent, v. GREAT ATLANTIC & PACIFIC TEA CO., Appellant, et al., Defendants.— Action to recover damages for breach of contract. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting, P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *post*, p. 998.]

MARGARET A. HARMONAY, Respondent, v. MICHAEL J. HARMONAY, Appellant.— In an action for separation on the ground of abandonment, judgment in favor of plaintiff, and orders insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.